IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **JAMES MASSINGALE** )<br>)<br>**Plaintiff,** )<br>)<br>VS. )<br>)<br>**COLLECTION CONSULTANTS OF** )<br>**CALIFORNIA** )<br>)<br>**Defendant.** ) | Case No. 2:17-cv-02156 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, with the stipulation and agreement of Defendant, hereby dismisses this action with prejudice, each party to bear its own costs.

Respectfully submitted,

**CREDIT LAW CENTER**

By: __/s/ Thomas A. Addleman_____
Thomas A. Addleman # 51864
4041 NE Lakewood Way, Suite 200A
Lee's Summit, MO 64064
Tele:   (816) 246-7800
Fax:    (855) 523-6884
TomA@CreditLawCenter.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

This certifies that on this 1st day of August, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Addleman
Attorney for Plaintiff